**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Toscana Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5127675** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3311 S. Rainbow Blvd. Suite 209** <br> **Las Vegas, NV 89146** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **Toscana Partners, LLC**                                                     Case number (*if known*) _____
.............Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Toscana Partners, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Toscana Partners, LLC**
_____    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2016**
_____
MM / DD / YYYY

**X** **/s/ William Dyer**
_____    **William Dyer**
Signature of authorized representative of debtor    _____
Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Timothy P. Thomas, Esq.**
_____    Date    **April 26, 2016**
Signature of attorney for debtor    _____
MM / DD / YYYY

**Timothy P. Thomas, Esq.**
_____
Printed name

**Law Office of Timothy P. Thomas, LLC**
_____
Firm name

**1771 E. Flamingo Rd. Suite B-212**
**Las Vegas, NV 89119**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(702)227-0011**    Email address    **tthomas@tthomaslaw.com**

**5148**
_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Toscana Partners, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 26, 2016**          *X* **/s/ William Dyer**
                              Signature of individual signing on behalf of debtor

                              **William Dyer**
                              Printed name

                              **President**
                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Toscana Partners, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carl B. & Darlene Weller Family Trust c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$53,030.30** | **$1,700,000.00** | **$53,030.30** |
| Carmichael & Powell 7301 North 16th Street Suite 103 Phoenix, AZ 85020 | | **Legal Fees** | | | | **$4,750.00** |
| Charlotte Amber Bothwell c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$26,515.15** | **$1,700,000.00** | **$26,515.15** |
| Christopher Lea c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$26,515.15** | **$1,700,000.00** | **$26,515.15** |
| D.A.D. Hanson Trust c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$106,060.61** | **$1,700,000.00** | **$106,060.61** |
| Gregg Wiens c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$37,121.21** | **$1,700,000.00** | **$37,121.21** |

| Debtor | **Toscana Partners, LLC** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Integrated Finacial Associates** 3311 S. Rainbow Blvd. Suite 209 Las Vegas, NV 89146 | | **Expenses and Loan Servicing Fees** | | | | $149,375.00 |
| **James R. Williams c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $5,303.03 | $1,700,000.00 | $5,303.03 |
| **John S. Martin c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $53,030.30 | $1,700,000.00 | $53,030.30 |
| **Ken Templeton Realty** 3311 S. Rainbow Boulevard #225 Las Vegas, NV 89146 | | **Consulting Fees** | | | | $635.51 |
| **Maricopa County Tax Accessor** | | | | $805,000.00 | $0.00 | $805,000.00 |
| **Marilene B. Nevins Living Trust c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $10,606.06 | $1,700,000.00 | $10,606.06 |
| **Mark Stout Trust c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $530,303.03 | $1,700,000.00 | $530,303.03 |
| **Mary Lisa Williams c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $5,303.03 | $1,700,000.00 | $5,303.03 |
| **Matthew A. Wiens c/o IFA** 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | $2,651.52 | $1,700,000.00 | $2,651.52 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Toscana Partners, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Melissa M. Rosenecker c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$2,651.52** | **$0.00** | **$2,651.52** |
| Ronald J. Fadel M.D. c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$106,060.60** | **$1,700,000.00** | **$106,060.60** |
| SCWAK, LLC c/o IFA, Inc. 3311 S. Rainbow Blvd. #209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$53,030.30** | **$1,700,000.00** | **$53,030.30** |
| The Zabran Family Trust c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$79,545.45** | **$1,700,000.00** | **$79,545.45** |
| Thomas Lea Rev. Fam. Trust c/o IFA 3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146 | | **2nd Trust Deed** | | **$344,696.97** | **$1,700,000.00** | **$344,696.97** |

**Fill in this information to identify the case:**

Debtor name    **Toscana Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    1,700,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................    $    40,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................    $    1,740,000.00

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    6,610,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    154,760.51

4.    **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b    $    6,764,760.51

---

**Fill in this information to identify the case:**

Debtor name    **Toscana Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$15,000.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                               **$15,000.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Easement for Sewer Line**                                                                **$25,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                              **$25,000.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Toscana Partners, LLC**                                   Case number *(If known)* _____
_____
Name

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Toscana Partners, LLC**                                    Case number *(If known)* _____
_____
Name

| 55.1. | **97 Acres of Land located approximately 12 miles from downtown Phoenix, AZ APN: 300-09-006 8-Land APN: 300-09-007 5-Land APN: 300-09-009 C 7-Land APN: 300-09-018 9-Land** | Fee simple | $0.00 | | $1,700,000.00 |

56.    **Total of Part 9.**

| | $1,700,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Toscana Partners, LLC**                                         Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $1,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,000.00 | + 91b. $1,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,740,000.00 |

Fill in this information to identify the case:

Debtor name **Toscana Partners, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Aloha Luana Hutton Separate Property Tru**<br>Creditor's Name<br><br>**c/o IFA**<br>**3311 S. Rainbow Blvd.,**<br>**Suite 209**<br>**Las Vegas, NV 89146**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2nd Trust Deed** | $106,060.61 | $1,700,000.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Anthony C & Linda A Pusateri Family Trus**<br>Creditor's Name<br><br>**c/o IFA**<br>**3311 S. Rainbow Blvd.,**<br>**Suite 209**<br>**Las Vegas, NV 89146**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2nd Trust Deed** | $95,454.55 | $1,700,000.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Debtor    **Toscana Partners, LLC**                                  Case number (if know) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Brown Family Trust DTD 11/21/86** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Carl & Peggy Seelman Living Trust** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Carl B. & Darlene Weller Family Trust** | **Describe debtor's property that is subject to a lien** | $53,030.30 | $1,700,000.00 |
|---|---|---|---|---|

---

Debtor    **Toscana Partners, LLC**                                        Case number (if know) _____
_____
Name

| Creditor's Name | |
|---|---|
| **c/o IFA**<br>**3311 S. Rainbow Blvd.,**<br>**Suite 209**<br>**Las Vegas, NV 89146** | **2nd Trust Deed** |

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Chad & Tamara Vellinga Family Trust** | **Describe debtor's property that is subject to a lien**<br>**1st Trust Deed** | **$125,000.00** | **$1,700,000.00** |
|---|---|---|---|---|

Creditor's Name

**C/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Charlotte Amber Bothwell**<br>**c/o IFA** | **Describe debtor's property that is subject to a lien**<br>**2nd Trust Deed** | **$26,515.15** | **$1,700,000.00** |
|---|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  3 of 21

Debtor    **Toscana Partners, LLC**                                          Case number (if know) _____
          Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Christopher Lea c/o IFA** | Describe debtor's property that is subject to a lien | $26,515.15 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**2nd Trust Deed**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Construction Industries, LLC PSP c/o IFA** | Describe debtor's property that is subject to a lien | $540,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**1st Trust Deed**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 0 | **D.A.D. Hanson Trust c/o IFA** | Describe debtor's property that is subject to a lien | $100,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

**1st Trust Deed**

---

Debtor  **Toscana Partners, LLC**
Name

Case number (if know)

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **D.A.D. Hanson Trust c/o IFA** | | | |
|---|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2nd Trust Deed**

$106,060.61        $1,700,000.00

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Dana McDaniel Kanne Sep Property Tr U/A** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

$35,000.00        $1,700,000.00

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Toscana Partners, LLC**
_____    Case number (if know) _____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.13 | **David M. Carver Family LP Partnership** | | | $150,000.00 | $1,700,000.00 |

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.14 | **Diehl Realty LLC 401K Profit Sharing Pla** | | | $39,500.00 | $1,700,000.00 |

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.15 | **Donna Jean Knight 2008 Trust c/o IFA** | | | $35,000.00 | $170,000.00 |

Creditor's Name

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

---

Debtor    **Toscana Partners, LLC**

Case number (if know) _____

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>6 | **Doody 2001 Family Trust**<br>**c/o IFA** | **Describe debtor's property that is subject to a lien**<br>**1st Trust Deed** | $30,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1<br>7 | **First Saving Bank FBO**<br>**Dana Kanne IRA** | **Describe debtor's property that is subject to a lien**<br>**1st Trust Deed** | $65,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Debtor    **Toscana Partners, LLC**
_____
Name

Case number (if know) _____

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Fuson Family 1998 Revocable Trust c/oIFA** | | |
|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1st Trust Deed**

$50,000.00        $1,700,000.00

Describe the lien
**Deed of Trust**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Gary Brennan c/o IFA** | | |
|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1st Trust Deed**

$194,343.00        $1,700,000.00

Describe the lien
**Deed of Trust**

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Glenn Raynes & Rene M. Raynes Revocable** | | |
|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1st Trust Deed**

$500,000.00        $1,700,000.00

Describe the lien

---

Debtor    **Toscana Partners, LLC**                                 Case number (if know)
          Name

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Gregg Wiens c/o IFA** | **Describe debtor's property that is subject to a lien** | $37,121.21 | $1,700,000.00 |

Creditor's Name

**3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146**

**2nd Trust Deed**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Integrated Finacial Associates** | **Describe debtor's property that is subject to a lien** | $110,000.34 | $1,700,000.00 |

Creditor's Name

**3311 S. Rainbow Blvd. Suite 209 Las Vegas, NV 89146**

**1st Trust Deed**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 21

Debtor    **Toscana Partners, LLC**
_____
Name

Case number *(if know)*  _____

☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
☐ Disputed
including this creditor and its relative
priority.

---

| 2.2 3 | **Jaggers Family Decedent's Trust** | Describe debtor's property that is subject to a lien | $50,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**1st Trust Deed**

**c/o IFA
Las Vegas, NV 89146**
_____
Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?
■ No
_____
Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
priority.
☐ Disputed

---

| 2.2 4 | **James R. Williams c/o IFA** | Describe debtor's property that is subject to a lien | $5,303.03 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**2nd Trust Deed**

**3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**
_____
Creditor's mailing address

Describe the lien
**Deed of Trust**
_____
Is the creditor an insider or related party?
■ No
_____
Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
priority.
☐ Disputed

---

| 2.2 5 | **John Mendelsohn c/o IFA** | Describe debtor's property that is subject to a lien | $50,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**1st Trust Deed**

**3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**
_____
Creditor's mailing address

Describe the lien
**Deed of Trust**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Toscana Partners, LLC**                                          Case number (if know) _____

Name

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 6 | **John S. Martin c/o IFA** | Describe debtor's property that is subject to a lien | $53,030.30 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

**2nd Trust Deed**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **Jon A. Griffin & Judy A. Griffin, JTWRS** | Describe debtor's property that is subject to a lien | $5,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**

Creditor's mailing address

**1st Trust Deed**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Toscana Partners, LLC** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

☐ **No**

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Jonathan Jaggers Trust c/o IFA** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $1,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1st Trust Deed** | | |

**3311 S. Rainbow Blvd. Suite 209 Las Vegas, NV 89146**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**
☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Joseph D. Pezzano Living Trust c/o IFA** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $1,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1st Trust Deed** | | |

**3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ **No**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ **No**
☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **KMBD, LLC c/o IFA** | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $1,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **1st Trust Deed** | | |

**3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

---

Debtor    **Toscana Partners, LLC**                                    Case number (if know) _____
                  Name

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 1 | **Kochevar Living Trust c/o IFA** | | |
|---|---|---|---|
| | Creditor's Name | | |

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    **$100,000.00**    **$1,700,000.00**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **MAP Family Trust of 09/29/82 c/o IFA** | | |
|---|---|---|---|
| | Creditor's Name | | |

**3311 S. Rainbow Blvd., Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    **$50,000.00**    **$1,700,000.00**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Toscana Partners, LLC**
　　　　　Name

Case number (if know) _____

☐ No
☐ Yes. Specify each creditor,
　including this creditor and its relative
　priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Maricopa County Tax Accessor** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $805,000.00 | $0.00 |

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Marilene B. Nevins Living Trust c/o IFA** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $10,606.06 | $1,700,000.00 |
| | **3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146** | **2nd Trust Deed** | | |

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **Mark Stout Trust c/o IFA** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $530,303.03 | $1,700,000.00 |
| | **3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146** | **2nd Trust Deed** | | |

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 14 of 21

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Toscana Partners, LLC**

Name

Case number (if know)

---

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ☑ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.3 6 | **Mary Lisa Williams c/o IFA** | Describe debtor's property that is subject to a lien | $5,303.03 | $1,700,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2nd Trust Deed** | | |
|  | **3311 S. Rainbow Blvd., Suite 209** | | | |
|  | **Las Vegas, NV 89146** | Describe the lien | | |
|  | Creditor's mailing address | **Deed of Trust** | | |

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ☑ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

| 2.3 7 | **Matthew A. Wiens c/o IFA** | Describe debtor's property that is subject to a lien | $2,651.52 | $1,700,000.00 |
|---|---|---|---|---|
|  | Creditor's Name | **2nd Trust Deed** | | |
|  | **3311 S. Rainbow Blvd., Suite 209** | | | |
|  | **Las Vegas, NV 89146** | Describe the lien | | |
|  | Creditor's mailing address | **Deed of Trust** | | |

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ☑ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☑ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor   **Toscana Partners, LLC**                                    Case number (if know) _____
_____
Name

☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor,
☐ Disputed
   including this creditor and its relative
   priority.

---

| 2.3 8 | **MBK Holdings, LLC c/o IFA** | Describe debtor's property that is subject to a lien | $50,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name                          **1st Trust Deed**

**3311 S. Rainbow Blvd.**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address                Describe the lien
                                          **Deed of Trust**
                                          Is the creditor an insider or related party?
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?
                                          ■ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**         As of the petition filing date, the claim is:
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
   and its relative                       ☐ Disputed
   priority.

---

| 2.3 9 | **Melissa M. Rosenecker c/o IFA** | Describe debtor's property that is subject to a lien | $2,651.52 | $0.00 |
|---|---|---|---|---|

Creditor's Name                          **2nd Trust Deed**

**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address                Describe the lien
                                          **Deed of Trust**
                                          Is the creditor an insider or related party?
                                          ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?
                                          ■ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**         As of the petition filing date, the claim is:
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
   and its relative                       ☐ Disputed
   priority.

---

| 2.4 0 | **Premier Trust FBO Bonnie Cisneros SEP IR** | Describe debtor's property that is subject to a lien | $90,000.00 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name                          **1st Trust Deed**

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address                Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 16 of 21

Debtor    **Toscana Partners, LLC**
_____    Case number (if know) _____
Name

**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Premier Trust FBO Rene M. Raynes IRA** | **Describe debtor's property that is subject to a lien** | $51,000.00 | $1,700,000.00 |

Creditor's Name

**c/o IFA
3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Rene C. Blanchard Trust DTD 2/14/73** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $1,700,000.00 |

Creditor's Name

**c/o IFA
3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Toscana Partners, LLC**                                    Case number (if know)  _____
_____
Name

☐ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Richard A. Oshins 1995 Irrevocable Trust** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o IFA
3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00        $1,700,000.00

---

| 2.4 4 | **Robert & Ruth Raasveld Family Trust** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o IFA
3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$104,022.53        $1,700,000.00

---

| 2.4 5 | **Robert & Ruth Raasveld Family Trust** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$106,134.13        $1,700,000.00

---

Debtor   **Toscana Partners, LLC**
Name

Case number (if know)

---

Creditor's Name

**c/o IFA
3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1st Trust Deed**

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Ronald J. Fadel M.D. c/o IFA** | | | |

Creditor's Name

**3311 S. Rainbow Blvd.,
Suite 209
Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2nd Trust Deed**

$106,060.60    $1,700,000.00

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **SCWAK, LLC** | | | |

Creditor's Name

**c/o IFA, Inc.
3311 S. Rainbow Blvd. #209
Las Vegas, NV 89146**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2nd Trust Deed**

$53,030.30    $1,700,000.00

**Describe the lien**
**Deed of Trust**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 21

Debtor    **Toscana Partners, LLC**                                   Case number (if know) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 8 | **The 1994 Cisneros Family Trust** | Describe debtor's property that is subject to a lien | $106,060.61 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o IFA**
**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**2nd Trust Deed**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 9 | **The Zabran Family Trust c/o IFA** | Describe debtor's property that is subject to a lien | $79,545.45 | $1,700,000.00 |
|---|---|---|---|---|

Creditor's Name

**3311 S. Rainbow Blvd.,**
**Suite 209**
**Las Vegas, NV 89146**
Creditor's mailing address

**2nd Trust Deed**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 0 | **Thomas Lea Rev. Fam. Trust c/o IFA** | Describe debtor's property that is subject to a lien | $344,696.97 | $1,700,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Toscana Partners, LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's Name | **2nd Trust Deed** |
| **3311 S. Rainbow Blvd., Suite 209 Las Vegas, NV 89146** | |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| |
|---|
| **$6,610,000.00** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Toscana Partners, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,750.00 |
|---|---|---|---|
| | **Carmichael & Powell**<br>**7301 North 16th Street Suite 103**<br>**Phoenix, AZ 85020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Legal Fees**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,375.00 |
|---|---|---|---|
| | **Integrated Financial Associates**<br>**3311 S. Rainbow Blvd. Suite 209**<br>**Las Vegas, NV 89146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Expenses and Loan Servicing Fees**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $635.51 |
|---|---|---|---|
| | **Ken Templeton Realty**<br>**3311 S. Rainbow Boulevard #225**<br>**Las Vegas, NV 89146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Consulting Fees**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

4/26/16  2:06PM

Debtor    **Toscana Partners, LLC**
          _____
          Name

Case number (if known)    _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $           **154,760.51** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $           **154,760.51** |

**Fill in this information to identify the case:**

Debtor name **Toscana Partners, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

4/26/16  2:06PM

**Fill in this information to identify the case:**

Debtor name      **Toscana Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City        State        Zip Code | | |

---

**Fill in this information to identify the case:**

Debtor name    **Toscana Partners, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Debtor    **Toscana Partners, LLC** _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Toscana Partners, LLC**                                                                    Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Law Office of Timothy P. Thomas, LLC 1771 E. Flamingo Rd. Suite B-212 Las Vegas, NV 89119** | **Wire Transferred** | **04/20/2016** | **$12,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

---

Debtor    **Toscana Partners, LLC**                                    Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Official Form 207              Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                         page 4

Debtor   **Toscana Partners, LLC**                                    Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ■ None

| Name and address | Date of service From-To |
|---|---|

     26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

  ■ None

     26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

  ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

     26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

  ■ None

Debtor    **Toscana Partners, LLC**                                             Case number *(if known)*

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Toscana Partners, LLC**                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2016**

**/s/ William Dyer**                                      **William Dyer**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Toscana Partners, LLC**
_____    Case No. _____
                                Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,283.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,283.00 |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 26, 2016**
_____    **/s/ Timothy P. Thomas, Esq.**
_Date_                              **Timothy P. Thomas, Esq.**
                                    _Signature of Attorney_
                                    **Law Office of Timothy P. Thomas, LLC**
                                    **1771 E. Flamingo Rd. Suite B-212**
                                    **Las Vegas, NV 89119**
                                    **(702)227-0011  Fax: 702-227-0334**
                                    **tthomas@tthomaslaw.com**
                                    _Name of law firm_

---

4/26/16  2:06PM

# United States Bankruptcy Court
## District of Nevada

In re   **Toscana Partners, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Integrated Financial Associates, Inc.**<br>**3311 S. Rainbow Blvd., #209**<br>**Las Vegas, NV 89146** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 26, 2016**

Signature   **/s/ William Dyer**

**William Dyer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

4/26/16  2:06PM

# United States Bankruptcy Court
## District of Nevada

In re   **Toscana Partners, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 26, 2016**

**/s/ William Dyer**

**William Dyer**/**President**
Signer/Title

Toscana Partners, LLC
3311 S. Rainbow Blvd. Suite 209
Las Vegas, NV 89146

Timothy P. Thomas, Esq.
Law Office of Timothy P. Thomas, LLC
1771 E. Flamingo Rd. Suite B-212
Las Vegas, NV 89119

Aloha Luana Hutton Separate Property Tru
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Anthony C & Linda A Pusateri Family Trus
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Brown Family Trust DTD 11/21/86
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Carl & Peggy Seelman Living Trust
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Carl B. & Darlene Weller Family Trust
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Carmichael & Powell
7301 North 16th Street Suite 103
Phoenix, AZ 85020

Chad & Tamara Vellinga Family Trust
C/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Charlotte Amber Bothwell c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Christopher Lea c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Construction Industries, LLC PSP c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

D.A.D. Hanson Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Dana McDaniel Kanne Sep Property Tr U/A
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

David M. Carver Family LP Partnership
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Diehl Realty LLC 401K Profit Sharing Pla
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Donna Jean Knight 2008 Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Doody 2001 Family Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

First Saving Bank FBO Dana Kanne IRA
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Fuson Family 1998 Revocable Trust c/oIFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Gary Brennan c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Glenn Raynes & Rene M. Raynes Revocable
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Gregg Wiens c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Integrated Finacial Associates
3311 S. Rainbow Blvd. Suite 209
Las Vegas, NV 89146

Jaggers Family Decedent's Trust
c/o IFA
Las Vegas, NV 89146

James R. Williams c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

John Mendelsohn c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

John S. Martin c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Jon A. Griffin & Judy A. Griffin, JTWRS
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Jonathan Jaggers Trust c/o IFA
3311 S. Rainbow Blvd. Suite 209
Las Vegas, NV 89146

Joseph D. Pezzano Living Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Ken Templeton Realty
3311 S. Rainbow Boulevard #225
Las Vegas, NV 89146

KMBD, LLC c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Kochevar Living Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

MAP Family Trust of 09/29/82 c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Maricopa County Tax Accessor

Marilene B. Nevins Living Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Mark Stout Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Mary Lisa Williams c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Matthew A. Wiens c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

MBK Holdings, LLC c/o IFA
3311 S. Rainbow Blvd. Suite 209
Las Vegas, NV 89146

Melissa M. Rosenecker c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Premier Trust FBO Bonnie Cisneros SEP IR
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Premier Trust FBO Rene M. Raynes IRA
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Rene C. Blanchard Trust DTD 2/14/73
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Richard A. Oshins 1995 Irrevocable Trust
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Robert & Ruth Raasveld Family Trust
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Ronald J. Fadel M.D. c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

SCWAK, LLC
c/o IFA, Inc.
3311 S. Rainbow Blvd. #209
Las Vegas, NV 89146

The 1994 Cisneros Family Trust
c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

The Zabran Family Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

Thomas Lea Rev. Fam. Trust c/o IFA
3311 S. Rainbow Blvd., Suite 209
Las Vegas, NV 89146

# United States Bankruptcy Court
## District of Nevada

In re  **Toscana Partners, LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Toscana Partners, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Integrated Financial Associates, Inc.**
**3311 S. Rainbow Blvd., #209**
**Las Vegas, NV 89146**

☐ None [*Check if applicable*]

April 26, 2016

Date

**/s/ Timothy P. Thomas, Esq.**

**Timothy P. Thomas, Esq.**

Signature of Attorney or Litigant

Counsel for   **Toscana Partners, LLC**

**Law Office of Timothy P. Thomas, LLC**
**1771 E. Flamingo Rd. Suite B-212**
**Las Vegas, NV 89119**
**(702)227-0011 Fax:702-227-0334**
**tthomas@tthomaslaw.com**